| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number *(if known)* _____  Chapter  **11** | |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    DON Enterprises, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    82-4171944

**4. Debtor's address**

Principal place of business:
101 South Mercer St. Suite 210
New Castle, PA 16101
Number, Street, City, State & ZIP Code

Lawrence
County

Mailing address, if different from principal place of business
_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**    donenterprises.org

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __DON Enterprises, Inc.__                               Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __62__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor  **DON Enterprises, Inc.**  Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor  **DON Enterprises, Inc.**  Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor  **DON Enterprises, Inc.**                                   Case number (*if known*)  _____
            Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 17, 2025**
            MM / DD / YYYY

**X /s/ Philip Berezniak**                                    **Philip Berezniak**
Signature of authorized representative of debtor              Printed name

Title  _____

**18. Signature of attorney**

**X /s/ Kathryn L. Harrison**                                 Date  **February 17, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Kathryn L. Harrison 209601**
Printed name

**Campbell & Levine, LLC**
Firm name

**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone  **412-261-0310**        Email address  _____

**209601 PA**
Bar number and State

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS IN LIEU OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS

### Dated: February ר , 2025

The undersigned, being the members of the Board of Directors of DON ENTERPRISES, INC., a Pennsylvania non-profit corporation (the "Corporation"), hereby adopts and ratifies the following resolutions with the same force and effect as if adopted and ratified at a duly convened special meeting of the Board of Directors.

WHEREAS, it is in the best interests of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); it is

RESOLVED, that the filing by the Corporation of a petition for relief under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Western District of Pennsylvania is authorized; and it is further

RESOLVED, that: (i) the timing of the filing of bankruptcy case, and (ii) the decision whether to file the Corporation's bankruptcy case under Subchapter V of Chapter 11 of the Bankruptcy Code, shall be made by the Authorized Officer (as defined below) in his sole and absolute discretion (subject always to any further resolution of the Board of Directors of the Corporation); and it is further

RESOLVED, that Philip Berezniak, Esq., the Solicitor of the Corporation (the "Authorized Officer") is hereby authorized, empowered, and directed on behalf of and in the name of the Corporation to execute, verify, and deliver all documents, including, without limitation, a petition, schedule of assets and liabilities, statement of financial affairs, and other ancillary documents, necessary to validly perfect the filing of a Chapter 11 voluntary bankruptcy case; and it is further

RESOLVED, that the Authorized Officer is hereby authorized, empowered and directed on behalf of and in the name of the Corporation to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute, verify, and deliver all necessary documents in connection with such bankruptcy case, with a view to successful prosecution of such bankruptcy case; and it is further

RESOLVED, that the Authorized Officer be and hereby is authorized, empowered, and directed, with full power of delegation, on behalf of and in the name of the Corporation, to execute, verify and/or file, cause to be filed and/or executed or verified (or direct others to do so on his behalf as provided herein), and to amend, supplement, or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other documents, agreements, and papers, and to take any and all actions that the Authorized Officer deems necessary or appropriate; each in connection with the Corporation's bankruptcy case, including any post-petition financing, or any cash collateral usage contemplated hereby or as may be required during the Corporation's bankruptcy case; and it is further

{C1347456.1}

RESOLVED, that the Authorized Officer is hereby authorized and directed to employ the law firm of Campbell & Levine, LLC to represent the Corporation in such bankruptcy case and such other attorneys, investment bankers, accountants, financial advisors, and other professionals to assist in the Corporation's bankruptcy case on such terms as are deemed necessary, proper, or desirable by the Authorized Officer and in connection therewith, the Authorized Officer is hereby authorized, directed, and empowered, on behalf of the Corporation, to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of such professionals in the Corporation's bankruptcy case; and it is further

RESOLVED, that the Authorized Officer and any employees or agents (including counsel) designated by or directed by the Authorized Officer shall be, and each hereby is, authorized, empowered, and directed to cause the Corporation to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approval, or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such authorized person shall be necessary, proper, and desirable to prosecute to a successful completion of the Corporation's bankruptcy case; and it is further

RESOLVED, that the Authorized Officer and any employees or agents (including counsel) designated or directed by the Authorized Officer be, and hereby are authorized, empowered and directed on behalf of the Corporation to do and perform any and all acts and deeds necessary to carry out the foregoing resolutions; and

RESOLVED, that all actions heretofore taken by the Authorized Officer and any employees or agents (including counsel) designated or directed by the Authorized Officer on behalf of the Corporation in connection with the Corporation's bankruptcy filing and the transactions contemplated therein and in these resolutions be, and the same are, ratified and approved in all respects.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, the undersigned have duly affixed their signatures on the date and year first written above.

*[Signature]*
Name: Kenneth Rice
Title: Board President

*[Signature]*
Name: Amy Hawkins
Title: Secretary

*[Signature]*
Name: Betty Main
Title: Board Member

Name:
Title

Fill in this information to identify the case:

Debtor name: **DON Enterprises, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WesBanco<br>1 Bank Plaza<br>Wheeling, WV 26003-3565 | | Various real estate located in Lawrence County. See Exhibit A. | | $1,526,527.00 | $223,080.00 | $1,303,447.00 |
| DON Management, LLC<br>1142 Wishart Place<br>Hermitage, PA 16148 | | Various real estate located in Lawrence County. See Exhibit A. | Contingent Unliquidated Disputed | $750,000.00 | $223,080.00 | $750,000.00 |
| DON Services, Inc.<br>831 Harrison St.<br>New Castle, PA 16101 | | Note | | | | $712,149.00 |
| DON Services, Inc.<br>831 Harrison St.<br>New Castle, PA 16101 | | Note | | | | $240,967.00 |
| Estate of Christopher Lloyd<br>101 S. Mercer St.<br>New Castle, PA 16101 | | Note | Contingent Unliquidated Disputed | $203,716.42 | $0.00 | $203,716.42 |
| DON Services, Inc.<br>831 Harrison St.<br>New Castle, PA 16101 | | Note | | | | $119,698.76 |
| Estate of Christopher Lloyd<br>101 S. Mercer St.<br>New Castle, PA 16101 | | | | | | $80,469.31 |
| DON Management, LLC<br>1142 Wishart Place<br>Hermitage, PA 16148 | | Note | Contingent Unliquidated Disputed Subject to Setoff | | | $50,072.00 |

| Debtor | DON Enterprises, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **DON Management, LLC**<br>**1142 Wishart Place**<br>**Hermitage, PA**<br>**16148** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **$0.00** | **Unknown** | **Unknown** |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **DON Enterprises, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **DON Enterprises, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 17, 2025**  
Date

**/s/ Kathryn L. Harrison**  
**Kathryn L. Harrison 209601**  
Signature of Attorney or Litigant  
Counsel for **DON Enterprises, Inc.**  
**Campbell & Levine, LLC**  
**310 Grant Street, Suite 1700**  
**Pittsburgh, PA 15219**  
**412-261-0310 Fax:412-261-5066**