IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
DON Enterprises, Inc.                         :        Bankruptcy No. 25-20379-JCM
                                              :
        Debtor.                               :        Chapter 7
                                              :
                                              :        Related to Document No.  36

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

  X      Voluntary Petition - *Specify reason for amendment*:


         <u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
_____    Summary of Schedules
  X      Schedule A - Real Property
  X      Schedule B - Personal Property
_____    Schedule C - Property Claimed as Exempt
  X      Schedule D - Creditors holding Secured Claims
              Check one:
              _____    Creditor(s) added
                X      NO creditor(s) added
              _____    Creditor(s) deleted:
  X      Schedule E - Creditors Holding Unsecured Priority Claims
              Check one:
              _____    Creditor(s) added
                X      NO creditor(s) added
              _____    Creditor(s) deleted
  X      Schedule F - Creditors Holding Unsecured Nonpriority Claims
              Check one:
              _____    Creditor(s) added
              _____    NO creditor(s) added
              _____    Creditor(s) deleted
  X      Schedule G - Executory Contracts and Unexpired Leases
              Check one:
              _____    Creditor(s) added
                X      NO creditor(s) added
              _____    Creditor(s) deleted
_____    Schedule H - Codebtors
_____    Schedule I - Current Income of Individual Debtor(s)
_____    Schedule J - Current Expenditures of Individual Debtor(s)
  X      Statement of Financial Affairs
_____    Chapter 7 Individual Debtor's Statement of Intention
_____    Chapter 11 List of Equity Security Holders
_____    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____    Disclosure of Compensation of Attorney for Debtor

_____    Other  _____


Date:  _April 10, 2025_____          s/_Kathryn L. Harrison_____
                                               Attorney for Debtor(s) [or *pro se* Debtor(s)]

                                                _Kathryn L. Harrison, Esq._____
                                               (Typed Name)

                                                _310 Grant St., Suite 1700, Pittsburgh, PA 15219_____
                                               (Address)

                                               412-261-0310_____
                                               (Phone No.)

                                               209601   Pennsylvania_____
                                               List Bar I.D. and State of Admission


Note: An amended matrix of creditors added by the amendment must be submitted on disk with the
amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may
add creditors to the case electronically.

| Fill in this information to identify the case: |
| --- |

Debtor name    **DON Enterprises, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-20379**

■ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Wesbanco Operating Account** | **Checking** | | $130,176.26 |

4.  **Other cash equivalents** *(Identify all)*

**Various Restricted Accounts:**

| 4.1. **See Attached Exhibit to Schedule A/B: Other Cash Equivalents** | $0.00 |
| --- | --- |

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$130,176.26** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | **DON Enterprises, Inc.** | Case number *(If known)* **25-20379** |
|--------|---------------------------|----------------------------------------|
| | Name | |

| 11a. 90 days old or less: | 9,037.86 | - | 9,037.86 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $0.00 |
|-----|----------------------|-------|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **22.**   **Other inventory or supplies** **DON ReClaim! Inventory/supplues** | | $0.00 | | $5,500.00 |

| 23. | **Total of Part 5.** | $5,500.00 |
|-----|----------------------|-----------|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value       Valuation method       Current Value

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

Debtor    **DON Enterprises, Inc.**                                          Case number *(if known)*  **25-20379**
_____
Name

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Habitat for Humanity office inventory** | $0.00 | | $500.00 |

| | | | |
|---|---|---|---|
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                                      $500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ■ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ■ No

   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2017 Isuzu NPR BOT Truck 168,786 miles** | $20,000.00 | | $20,000.00 |
| 47.2. **2002 12' Trakker Trailer** | $0.00 | | $2,500.00 |
| 47.3. **2018 Carry on trailer** | $0.00 | | $575.00 |
| 47.4. **2013 Ford F-250** | $0.00 | | $19,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

Debtor   **DON Enterprises, Inc.**                          Case number *(if known)*  **25-20379**
Name

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
|---|---|---|---|
| | **Various used power/hand tools** | $0.00 | $1,000.00 |
| | **Used electronics equipment** | $0.00 | $500.00 |
| | **Craftsman riding lawn mower** | $0.00 | $200.00 |
| | **Construction materials donated by Habitat for Humanity for specific use in home builds (various construction supplies, fixtures, siding accessories, windows, etc.)** | $0.00 | $1,000.00 |

| 51. | **Total of Part 8.** | $44,775.00 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Debtor    **DON Enterprises, Inc.**                                        Case number *(If known)*    **25-20379**
Name

55.1.   **Various real estate located in Lawrence County. See Exhibit A, including Lawrence County assessed value per property and and any appraised value).**

**List also includes Mortgages related to specific real estate. Debtor believes values of property may reflect greater value than fair market value**

**The Debtor believes the assessed values are significantly higher than the fair market value of several pieces of real estate, particularly those unencumbered by Wesbanco mortgages.**    Fee simple          $0.00                          $1,313,600.00

---

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.          |    **$1,313,600.00**

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

| Debtor | **DON Enterprises, Inc.** | Case number *(If known)* | **25-20379** |
|---|---|---|---|
| | Name | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Security Deposits of Tenants held in escrow [For Informational purposes only]: $12,508**

$0.00

---

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **DON Enterprises, Inc.**                                    Case number *(If known)*   **25-20379**
        Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $130,176.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $44,775.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $1,313,600.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $180,951.26 | + 91b. $1,313,600.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,494,551.26 |

## **Exhibit to Schedule A/B: Other Cash Equivalents**

Restricted Donor Funds having $0 value to estate. (For informational purposes only; precluded from estate assets under 11 U.S.C. 541(c)(2)). All Restricted Accounts are held at Wesbanco:

- Operating Restricted Account xxx-6507:  $27,046.09 (Remainder of $1.2 million community development loan from Wesbanco designated by Debtor's Board to be used to revitalize the E. Washington St. corridor and jobs development)

- 2021 NPP General xxx-6414: $1,101.98 (Restricted Grant Funds designated for Revitalization Efforts of New Castle Elm St. Neighborhood/PA Dept of Community and Economic Development-Neighborhood Partnership Program).

- 2023 NPP Home Rehab xxx-8752: $12,000 (Restricted Grant Funds designated for Revitalization Efforts of New Castle Elm St. Neighborhood/PA Dept of Community and Economic Development- Neighborhood Partnership Program)

- 2022 NPP General xxx-5194: $27,323.96 (Restricted Grant Funds designated for Revitalization Efforts of New Castle Elm St. Neighborhood/PA Dept of Community and Economic Development-Neighborhood Partnership Program)

- 2022 NPP Home Rehab xxx-7533: $23,940.75 (Restricted Grant Funds designated for Revitalization Effort of New Castle Elm St. Neighborhood/PA Dept of Community and Economic Development- Neighborhood Partnership Program)

- Habitat for Humanity General Account xxx-8841: $152,422.03 (Habitat for Humanity Program designated for home improvement/new home builds in Lawrence County, PA)

- Habitat for Humanity Deposit Account xxx-5288:  $7,787.00 (Mortgage receipts donated and designated for use by Habitat for Humanity; deposited into this account and transferred to Habitat restricted accounts xxx-8841 and xxx-1735).

- Habitat for Humanity Escrow Account xx-1735:  $9,518.79 (Funds designated to pay homeowner tax and insurance on Habitat for Humanity donated mortgages).

- First Energy Housing xxx-7632 (Restricted First Energy grant donated funds designated to home modifications in Lawrence County, PA).

- Security Account xxx-5289 (Restricted: Debtor escrow of security deposits from tenants on Debtor owned rental properties).

- First Time Home Buyers Account xxx-8847:  $9,902.18 (Restricted funds designated for first-time home buyer grant/Granted from Lawrence County).

- PNC 2024  Grant Restricted Funds xxx-9055: PNC restricted grant funds to relocate and construct garden beds, plant trees, buy supplies).

- First Energy 2024 Grant Account xxx-6717:  $14,875.00 (First Energy restricted funds for home modifications in Lawrence County).

- Side Yard Grant xxx-3845: $1,738.25 (Restricted funds for New Castle Elm St. Neighborhood Revitalization).

- 2023 NPP General xxx-9873: $10,706.25 (Restricted Grant Funds designated for Revitalization Efforts of New Castle Elm St. Neighborhood/PA Dept of Community and Economic Development- Neighborhood Partnership Program).

- Restricted Money Market xxx-2204:  $87,576.89 (Commonwealth of PA Department of Agriculture Restricted and Federal Home Loan grant and/or reimbursement funds for use in home builds and repair).

- Restricted Business Money Market xxx-6380: $606,422.02 (Pennsylvania Housing Finance Agency Grant restricted for improvement of Wright Building).

**Fill in this information to identify the case:**

Debtor name   **DON Enterprises, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **25-20379**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Chris and Cheryl Lloyd**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**424-426 Croton Ave. (value is based on prior appraisal valuation, but Debtor believes fair market value is less than $200,000)**<br><br>**List also includes Mortgages related to specific real estate.** | **$77,178.40** | **$223,080.00** |
| | **1142 Wishart Place**<br>**Hermitage, PA 16148**<br>Creditor's mailing address | **Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☐ No<br>■ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| **2.2** | **DON Services, Inc.**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Note and Mortgage on 325 E. Washington St.** | **$119,698.76** | **$111,000.00** |
| | **831 Harrison St.**<br>**New Castle, PA 16101**<br>Creditor's mailing address | **Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |

| Debtor | DON Enterprises, Inc. | Case number (if known) | 25-20379 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Estate of Christopher Lloyd/Cheryl Lloyd** | | $240,967.00 | $250,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
Note/Confession of Judgment

**1142 Wishart Place
Hermitage, PA 16148**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.4 | **WesBanco** | | $1,506,990.75 | $500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
318 E. Washington St.; 331-334 East Washington St.; 344-346 East Washington St.; 325 E. Washington St.; 101 S. Mercer St. (all parcels)

**List also includes Mortgages related to specific real estate.**

**1 Bank Plaza
Wheeling, WV 26003-3565**

Creditor's mailing address

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **WesBanco** | | $1,526,527.00 | $130,176.26 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

| Debtor | DON Enterprises, Inc. | | Case number (if known) | 25-20379 |
|---|---|---|---|---|
| | Name | | | |

---

**Creditor's Name**

**Wesbanco Operating Account - Checking**

**1 Bank Plaza**
**Wheeling, WV 26003-3565**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **WesBanco** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$43,047.33** |
|---|---|---|---|---|
| | Creditor's Name | **First Commonwealth Operating Account** | | |

**1 Bank Plaza**
**Wheeling, WV 26003-3565**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,471,361.91** |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
| --- |

Debtor name    **DON Enterprises, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-20379**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |
| **3.1** | Nonpriority creditor's name and mailing address | $712,149.00 |

| | As of the petition filing date, the claim is: *Check all that apply.* |
| --- | --- |
| **Cheryl Lloyd/DON Management**<br>**1142 Wishart Place**<br>**Hermitage, PA 16148** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Lawsuit filed for damages/claims related to purported services provided** |
| | Is the claim subject to offset? ☐ No ■ Yes |

|  |  | Amount of claim |
| --- | --- | --- |
| **3.2** | Nonpriority creditor's name and mailing address | $7,500.00 |

| | As of the petition filing date, the claim is: *Check all that apply.* |
| --- | --- |
| **Youngblood Paving, Inc.**<br>**2516 PA-18**<br>**Wampum, PA 16157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** |
| | Is the claim subject to offset? ■ No ☐ Yes |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 719,649.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 719,649.00 |

**Fill in this information to identify the case:**

Debtor name **DON Enterprises, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **25-20379**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Real Estate Lease (Debtor is Lessor)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carmen Paliotta Contracting<br>101 S. Mercer St., Suite 310<br>New Castle, PA 16101** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Lease (Debtor is Lessor)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Chamber of Commerce, New Castle PA<br>325 E. Washington St.<br>New Castle, PA 16101** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Lease (Debtor is Lessor)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **DON Services<br>831 Harrison St.<br>New Castle, PA 16101** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Lease (Debtor is Lessor)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Houk Psychological Services<br>101 S. Mercer St., Suite 303<br>New Castle, PA 16101** |

Debtor 1  **DON Enterprises, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)  **25-20379**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease (Debtor is Lessor)**<br><br><br>**John Reina**<br>**602 Court St., Floor 2**<br>**New Castle, PA 16101** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease (Debtor is Lessor)**<br><br><br>**Lawence County Learning Center**<br>**101 S. Mercer St., Suite 201**<br>**New Castle, PA 16101** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease (Debtor is Lessor)**<br><br><br>**Mackenzie Trimble**<br>**204 S. Mulberry St.**<br>**New Castle, PA 16101** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Lease (Debtor is Lessor)**<br><br><br>**Neighborhood Legal Services**<br>**101 S. Mercer St., Suite 105**<br>**New Castle, PA 16101** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Lease (Debtor is Lessor)**<br><br><br>**New Baptist Life Church**<br>**29 Produce Street**<br>**New Castle, PA 16101** |

| Debtor 1 | **DON Enterprises, Inc.** | | Case number (*if known*) | **25-20379** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease (Debtor is Lessor)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New Castle Union Station Distillery**<br>**334 E. Washington St.**<br>**New Castle, PA 16101** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease (Debtor is lessor)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **PA CareerLink**<br>**101 S. Mercer St., Suite 101**<br>**New Castle, PA 16101** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease (Debtor is Lessor)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Packard Paint**<br>**318 E. Washington St.**<br>**New Castle, PA 16101** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease (Debtor is lessor)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Samantha Chason**<br>**602 Court Street, Floor 2**<br>**New Castle, PA 16101** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease (Debtor is Lessor)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sovereign Mratial Arts Worldwide**<br>**101 S. Mercer St., Suite 206**<br>**New Castle, PA 16101** |

| Debtor 1 | **DON Enterprises, Inc.** | | | Case number *(if known)* | **25-20379** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **The Foundation Youth Boxing**<br>**318 E. Washington St., Third Floor**<br>**New Castle, PA 16101** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **The Lost Mine BBQ**<br>**333 E. Washington St.**<br>**New Castle, PA 16101** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **USA Choice**<br>**101 S. Mercer St., Suite Roof**<br>**New Castle, PA 16101** |

**Fill in this information to identify the case:**

Debtor name **DON Enterprises, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **25-20379**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>■ Other  **Grant Funds and Contributions** | **$62,000.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>■ Other  **Grant Funds and Contributions** | **$780,901.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>■ Other  **Grant Funds and Contributions** | **$618,401.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **DON Enterprises, Inc.**                                        Case number *(if known)*   **25-20379**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **WesBanco**<br>**1 Bank Plaza**<br>**Wheeling, WV 26003-3565** | **11/24; 12/24; 1/25: Monthly Loan Payment** | **$11,068.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **DON Services**<br>**101 S. Mercer St., Suite 303**<br>**New Castle, PA 16101**<br>**Affiliate** | **August 24, 2024-January 25, 2025: Total $18,209.30 (Reimbursement of Expenses Paid for Management of Real Estate and Employees and use of DON Services, Inc. Credit Card)** | **$79,957.36** | **Reimbursement for Don Services advance of expenses to Debtor on Debtor projects** |
| 4.2. **DON Services**<br>**101 S. Mercer St., Suite 303**<br>**New Castle, PA 16101**<br>**Affiliate** | **2024** | **$7,364.00** | **Reimbursement to Don Services for advance payment of insurance premium for Debtor** |
| 4.3. **DON Services**<br>**101 S. Mercer St., Suite 303**<br>**New Castle, PA 16101**<br>**Affiliate** | **2024: various dates: payments for services, snow removal, use of services, etc.** | **$6,100.00** | **Reimbursement for real estate services, snow removal, labor** |

| Debtor | **DON Enterprises, Inc.** | Case number *(if known)* | **25-20379** |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4. **DON Services, Inc.**<br>**831 Harrison St.**<br>**New Castle, PA 16101**<br>Affiliate | **September 11, 2024** | **$334,000.00** | **Prior to September 2022 Christopher Lloyd and DON Management pre-funded FHL homebuilds for low income housing. The Debtor would then reimburse Christopher Lloyd and DON Management after FHL approved the grant to Debtor. After changes to FHL programs changed, DON Services funded the pre-builds. FHL paid $334,000 as a grant to the home build project to the Debtor which the Debtor reimbursed to DON Services** |
| 4.5. **DON Services**<br>**101 S. Mercer St., Suite 303**<br>**New Castle, PA 16101**<br>Affiliate | **2/5/2025** | **$0.00** | **Debtor traded a 2007 Ford F-350 dump truck valuing less than $6,000 to DON Services, in exchange for a 2013 Ford F-250 valued at approximately $19,000 (possibly less, but the value of the 2014 Ford F-250 is significantly greater than the property transferred).** |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Cheryl Shaffer-Lloyd v. DON Enterprises, Inc.**<br>**No. 10840-2024** | **Confession of Judgment** | **Court of Common Pleas of Lawrence County**<br>**430 Court Street**<br>**New Castle, PA 16101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **DON Enterprises, Inc.** | | Case number *(if known)* | **25-20379** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Don Management, Inc. v. DON Enterprises, Inc.**<br>**No. 10877-2024** | **Breach of Contract/Unjust Enrichment** | **Court of Common Pleas of Lawrence County**<br>**430 Court Street**<br>**New Castle, PA 16101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Property damage to 334 E. Washington St. (occupied by tenant). Loss totals between $40,000-$80,000. Claim was made to property insurance (occurance happened post-petition)** | **$0** | **3/33/25** | **$80,000.00** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **DON Enterprises, Inc.**                                      Case number (if known) **25-20379**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **11/19/2024: $10,354.71 1/14/2025: $834.50 2/10/2024: $315.00 2/17/2025: $2,700 2/17/2025: Retainer provided PRe-Bankruptcy $22,300- held in C&L IOLTA account,** | |
| | **Campbell & Levine, LLC 310 Grant Street Suite 1700 Pittsburgh, PA 15219** | | **not paid)** | **$14,204.21** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

| | | | | |
|---|---|---|---|---|
| 11.2. | **Verterano & Manolis 2622 Wilmington Rd New Castle, PA 16105** | | **1/1/2025, 2/1/2025** | **$3,780.00** |
| | Email or website address **veteranomanolis.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **DON Enterprises, Inc.**                                    Case number *(if known)*  **25-20379**

---

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

---

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Debtor collects social security numbers and financial information from tenants.**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

| Debtor | **DON Enterprises, Inc.** | Case number *(if known)* | **25-20379** |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Mary Maggio**<br>**306 Fern St.**<br>**New Castle, PA 16101** | **Debtor Owned Lot** | **As a service to owner, who is client of Debtor, Debtor stores a 14 foot scrap value fishin boat that was violating code enforcement and costing owner fees that could not be paid.  Debtor believes the cost of diposing of the boat is greater than the value of the boat.** | **$0.00** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **DON Enterprises, Inc.**                                           Case number *(if known)*  **25-20379**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Verner Smith**<br>**101 S. Mercer St. Suite 210**<br>**New Castle, PA 16101** | **1/2024-Present** |
| 26a.2.  **J Martin & Associates**<br>**PO Box 498**<br>**Beaver, PA 15009** | **9/2023- Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **J. Martin & Associates**<br>**PO Box 498**<br>**Beaver, PA 15009** | **9/2023- Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Cheryl Shaffer-Lloyd**<br>**1142 Wishart Place**<br>**Hermitage, PA 16148** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Debtor | **DON Enterprises, Inc.** | Case number *(if known)* | **25-20379** |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Kenneth Rice | 202 Richlieu Ave.<br>New Castle, PA 16101 | President of Board | 0% (Debtor is a Non-Profit with a Volunteer Board) |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Amy Hawkins | 311 Pine Street<br>New Castle, PA 16101 | Secretary of the Boardd | 0% (Debtor is a non-profit with a volunteer board) |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Betty Main | 147 Alpha Dr.<br>Wampum, PA 16157 | Board Member | 0% (Debtor is a non-profit with a volunteer board) |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor    **DON Enterprises, Inc.**                                    Case number *(if known)*    **25-20379**

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 10, 2025**

**/s/ Philip Berezniak**                                    **Philip Berezniak**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes